## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Case No. 24-MJ-363 (GMH)** |
| | : | |
| MARK MERCURIO | : | |
| | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

Pursuant to the motion filed by the United States, ECF 12, it is hereby ordered that the

Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

_____

HONORABLE JAMES E. BOASBERG
Chief Judge